```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :         08 Cr 930 (VM)
                                    :
       - against -                  :         ORDER
                                    :
                                    :
DENNIS PAMPLIN,                     :
                                    :
                                    :
                        Defendant.  :
                                    :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that C.J.A. attorney Louis Freeman be assigned to defendant Dennis Pamplin ("Pamplin") in the above-captioned matter for the limited purpose of assisting Pamplin to determine whether or not he wishes to waive any conflict of interest that may result from his representation by Paul W. Bergrin, who is presently retained as his attorney in this matter. See United States v. Curcio, 680 F.2d 881 (2d Cir. 1982).

**SO ORDERED.**

Dated:   New York, New York
         25 November 2008

                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-25-08